Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
Preston S. Mathews, Esq.
Nevada Bar No. 13720
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 252-5002
Facsimile: (702) 252-5006
Email: kfl@slwlaw.com
Email: clb@slwlaw.com
Email: psm@slwlaw.com
*Attorneys for Plaintiff*
*Deutsche Bank National Trust*
*Company as Trustee for WaMu*
*Mortgage Pass-Through Certificates*
*Series 2005-AR2*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR2,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; HERITAGE ESTATES HOMEOWNERS ASSOCIATION; PABLO MARIANO, an individual, TEOFISTA MARIANO, an individual, ROMEO GALEOS, individually and as trustee of the Romeo Galeos and Blandina Galeos Revocable Trust dated June 30, 2004, and BLANDINA GALEOS, individually and as trustee of the Romeo Galeos and Blandina Galeos Revocable Trust dated June 30, 2004<br><br>Defendants. | Case No.: 2:17-cv-01997-APG-VCF<br><br>**PLAINTIFFDEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR2'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>**[Fed.R.Civ.P. 7.1 and LR 7.1-1]** |

/ / /

/ / /

Pursuant to Fed.R.Civ.P. 7.1 and Local Rule 7.1-1, the undersigned counsel for Plaintiff Deutsche Bank National Trust Company as Trustee for WaMu Mortgage Pass-Through Certificates Series 2005-AR2 ("Plaintiff"), certifies to the best of its knowledge that in addition to the named parties, the following have an interest in the outcome of the case: Washington Mutual Mortgage Securities Corp., Deutsche Bank National Trust Company, and Deutsche Bank Trust Company Delaware.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated this 17 day of August, 2017.

SMITH LARSEN & WIXOM

By: _____
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
Preston S. Mathews, Esq.
Nevada Bar No. 13720
1935 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Plaintiff*
*Deutsche Bank National Trust*
*Company as Trustee for WaMu*
*Mortgage Pass-Through Certificates*
*Series 2005-AR2*