Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 252-5002
Facsimile: (702) 252-5006
Email: kfl@slwlaw.com
Email: clb@slwlaw.com
*Attorneys for Plaintiff*
*Deutsche Bank National Trust*
*Company as Trustee for WaMu*
*Mortgage Pass-Through Certificates*
*Series 2005-AR2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR2,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; HERITAGE ESTATES HOMEOWNERS ASSOCIATION; PABLO MARIANO, an individual, TEOFISTA MARIANO, an individual, ROMEO GALEOS, individually and as trustee of the Romeo Galeos and Blandina Galeos Revocable Trust dated June 30, 2004, and BLANDINA GALEOS, individually and as trustee of the Romeo Galeos and Blandina Galeos Revocable Trust dated June 30, 2004<br><br>Defendants. | Case No.: 2:17-cv-01997-APG-VCF<br><br><br><br>**STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT HERITAGE ESTATES HOMEOWNERS ASSOCIATION** |

///

///

1

Smith Larsen & Wixom

A T T O R N E Y S
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 · FAX (702) 252-5006

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Deutsche Bank National Trust Company as Trustee for WaMu Mortgage Pass-Through Certificates Series 2005-AR2 ("Deutsche Bank"), and Heritage Estates Homeowners Association's (together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.      On July 21, 2017, Deutsche Bank filed its Complaint in this action, naming Heritage Estates Homeowners Association as a potentially necessary party.

2.      Deutsche Bank now agrees to voluntarily dismiss Heritage Estates Homeowners Association with prejudice.

3.      Heritage Estates Homeowners Association does not take a position regarding whether the subject foreclosure sale extinguished Deutsche Bank's interest it the deed of trust in this matter.

4.      Heritage Estates Homeowners Association does not have a current interest in the real property located at 6156 Stone Hollow Avenue, Las Vegas, Nevada 89156.

5.      As between Heritage Estates Homeowners Association and Deutsche Bank, title to the subject property is quieted in favor of Deutsche Bank.

///

///

///

///

///

///

///

///

///

///

///

///

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 · FAX (702) 252-5006

6.      Heritage Estates Homeowners Association and Deutsche Bank shall each bear its own attorneys' fees and costs incurred in this matter.

Dated this 3rd day of May, 2018.              Dated this 3rd day of May, 2018.

SMITH LARSEN & WIXOM           GORDON & REES SCULLY
MANSUKHANI

*/s/ Christopher L. Benner*          */s/ Wing Yan Wong*
Kent F. Larsen, Esq.                Wing Yan Wong, Esq.
Nevada Bar No. 3463              Nevada Bar No. 13622
Christopher L. Benner, Esq.        300 South Fourth Street, Suite 1550
Nevada Bar No. 8963              Las Vegas, NV 89101
1935 Village Center Circle          Attorneys for Defendant
Las Vegas, Nevada 89134          Heritage Estates Homeowners Association
Attorneys for Plaintiff
Deutsche Bank National Trust Company as
Trustee for WaMu Mortgage Pass-Through
Certificates Series 2005-AR2

**IT IS SO ORDERED:**

UNITED STATES DISTRICT COURT JUDGE
Dated: May 4, 2018.