Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 252-5002
Facsimile: (702) 252-5006
Email: kfl@slwlaw.com
Email: clb@slwlaw.com
*Attorneys for Plaintiff*
*Deutsche Bank National Trust*
*Company as Trustee for WaMu*
*Mortgage Pass-Through Certificates*
*Series 2005-AR2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR2,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; HERITAGE ESTATES HOMEOWNERS ASSOCIATION; PABLO MARIANO, an individual, TEOFISTA MARIANO, an individual, ROMEO GALEOS, individually and as trustee of the Romeo Galeos and Blandina Galeos Revocable Trust dated June 30, 2004, and BLANDINA GALEOS, individually and as trustee of the Romeo Galeos and Blandina Galeos Revocable Trust dated June 30, 2004<br><br>Defendants. | Case No.: 2:17-cv-01997-APG-VCF<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION AND DISCOVERY BASED ON PENDING SETTLEMENT** |

/ / /

/ / /

1

Pursuant to Local Rules LRIA 6-2 and LR 7-1, Plaintiff Deutsche Bank National Trust Company as Trustee for WaMu Mortgage Pass-Through Certificates Series 2005-AR2, Defendant SFR Investments Pool 1, LLC and Defendant Heritage Estates Homeowners Association, (collectively, the "Parties"),[1] by and through their respective undersigned attorneys, Stipulate as follows:

1. On or about October 26, 2017, the Court entered an order setting discovery deadlines, which set the deadline to complete discovery in this case for June 5, 2018 (ECF No. 23).

2. The parties have since come to respective agreements and are in the process of finalizing settlement.

3. Given these resolutions, and to avoid wasting resources and incurring potentially unnecessary expense associated with discovery, the Parties agree, and hereby request, as stay of the case to give all Parties sufficient time and resources to finalize settlement.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] Defendants Pablo Mariano, Teofista Mariano, Romeo Galeos (individually and as trustee of the Romeo Galeos and Blandina Galeos Revocable Trust dated June 30, 2004) and Blandina Galeos (individually and as trustee of the Romeo Galeos and Blandina Galeos Revocable Trust dated June 30, 2004) have not appeared in this action

Smith Larsen & Wixom
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 · FAX (702) 252-5006

4. The Parties make this stipulation in good faith and not for purpose of delay.

**SMITH LARSEN &WIXOM**

/s/ Christopher L. Benner
Christopher L. Benner, Esq.
Nevada Bar No.8963
1935 Village Center Circle
Las Vegas, Nevada 89134-6237
*Attorney for Plaintiff,*
*Deutsche Bank National Trust Company as*
*Trustee for WaMu Mortgage Pass-Through*
*Certificates Series 2005-AR2*

**GORDON REES SCULLY**
**MANSUKHANI, LLP**

/s/ Wing Yan Wong
WING YAN WONG, Esq.
Nevada Bar No. 13622
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101-6005
*Attorney for Defendant,*
*Heritage Estates Homeowners Association*

**KIM GILBERT EBRON**

/s/ Diana S. Ebron
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
*Attorney for Defendant,*
*SFR Investments Pool 1, LLC*

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____May 9, 2018_____

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 · FAX (702) 252-5006

3