Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 252-5002
Facsimile: (702) 252-5006
Email: kfl@slwlaw.com
Email: clb@slwlaw.com
*Attorneys for Plaintiff*
*Deutsche Bank National Trust*
*Company as Trustee for WaMu*
*Mortgage Pass-Through Certificates*
*Series 2005-AR2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR2, <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; HERITAGE ESTATES HOMEOWNERS ASSOCIATION; PABLO MARIANO, an individual, TEOFISTA MARIANO, an individual, ROMEO GALEOS, individually and as trustee of the Romeo Galeos and Blandina Galeos Revocable Trust dated June 30, 2004, and BLANDINA GALEOS, individually and as trustee of the Romeo Galeos and Blandina Galeos Revocable Trust dated June 30, 2004 <br><br> Defendants. | Case No.: 2:17-cv-01997-APG-VCF <br><br><br> **STIPULATION AND ORDER DISMISSING SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE AND DEFENDANTS PABLO MARIANO, TEOFISTA MARIANO, ROMEO GALEOS, AND BLANDINA GALEOS WITHOUT PREJUDICE** |

Plaintiff Deutsche Bank National Trust Company as Trustee for WaMu Mortgage Pass-Through Certificates Series 2005-AR2("Deutsche"), Defendant SFR Investments Pool 1,

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL. (702) 252-5002 · FAX (702) 252-5006

LLC,("SFR") (collectively, the "Parties"),[1] by and through their respective counsel of record, hereby stipulate that all claims between Deutsche and SFR concerning the foreclosure sale conducted by Nevada Association Services, Inc. on behalf of Heritage Estates Homeowners Association concerning the real property commonly known as 6156 Stone Hollow Avenue, Las Vegas, NV 89156; Parcel No. 140-15-319-007, resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201305070000939 ("Foreclosure Sale") shall be dismissed with prejudice.

All claims concerning the Foreclosure Sale against Pablo Mariano, an individual, Teofista Mariano, an individual, Romeo Galeos, individually and as trustee of the Romeo Galeos and Blandina Galeos Revocable Trust dated June 30, 2004, and Blandina Galeos, individually and as trustee of the Romeo Galeos and Blandina Galeos Revocable Trust dated June 30, 2004 ("Borrowers") are also hereby dismissed by Deutsche without prejudice. This dismissal does not affect Deutsche's ability to collect from the Borrowers under the terms of the promissory note referenced in the complaint.

///
///
///
///
///
///
///
///
///
///
///

---

[1] Defendants Pablo Mariano, Teofista Mariano, Romeo Galeos (individually and as trustee of the Romeo Galeos and Blandina Galeos Revocable Trust dated June 30, 2004) and Blandina Galeos (individually and as trustee of the Romeo Galeos and Blandina Galeos Revocable Trust dated June 30, 2004) have not appeared in this action

It is further stipulated that each party shall bear their own fees and costs.

Dated this 5th day of November, 2019      Dated this 5th day of November, 2019

**SMITH LARSEN &WIXOM,**      **KIM GILBERT EBRON**
**CHARTERED**


*/s/ Christopher L. Benner*      */s/ Diana S. Ebron*
Christopher L. Benner, Esq.      DIANA S. EBRON, ESQ.
Nevada Bar No.8963      Nevada Bar No. 10580
E-Mail: clb@slwlaw.com      E-Mail: diana@kgelegal.com
SMITH LARSEN &WIXOM, CHARTERED      KIM GILBERT EBRON
1935 Village Center Circle      7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89134      Las Vegas, Nevada 89139-5974
*Attorney for Plaintiff, Deutsche Bank*      *Attorney for Defendant,*
*National Trust Company as Trustee for*      *SFR Investments Pool 1, LLC*
*WaMu Mortgage Pass-Through Certificates*
*Series 2005-AR2*


### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 6, 2019.


Respectfully submitted:

**SMITH LARSON & WIXOM**


*/s/ Christopher L. Benner*
Christopher L. Benner, Esq.
Nevada Bar No.8963
E-Mail: clb@slwlaw.com
SMITH LARSEN &WIXOM, CHARTERED
1935 Village Center Circle
Las Vegas, Nevada 89134
*Attorney for Plaintiff, Deutsche Bank*

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 · FAX (702) 252-5006

3