Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 252-5002
Facsimile: (702) 252-5006
Email: kfl@slwlaw.com
Email: clb@slwlaw.com
*Attorneys for Plaintiff*
*Deutsche Bank National Trust Company as Trustee for WaMu Mortgage Pass-Through Certificates Series 2005-AR2*

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 · FAX (702) 252-5006

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR2,

Plaintiff,

v.

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; HERITAGE ESTATES HOMEOWNERS ASSOCIATION; PABLO MARIANO, an individual, TEOFISTA MARIANO, an individual, ROMEO GALEOS, individually and as trustee of the Romeo Galeos and Blandina Galeos Revocable Trust dated June 30, 2004, and BLANDINA GALEOS, individually and as trustee of the Romeo Galeos and Blandina Galeos Revocable Trust dated June 30, 2004

Defendants.

Case No.: 2:17-cv-01997-APG-VCF

**AMENDED ORDER FOR RETURN OF COST BOND**

Pursuant to NRS 18.130, Plaintiff Deutsche Bank National Trust Company as Trustee for WaMu Mortgage Pass-Through Certificates Series 2005-AR2 ("Deutsche Bank"), provided a cost bond on October 12, 2017. This matter has since been resolved, with all claims being resolved and judgment entered. No defendant or other party has moved for a disbursement of the cost bond. Deutsche Bank now moves for return of the cost bond, including any and all interest accrued, to Deutsche Bank's counsel:

Kent F. Larsen, Esq.
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134

Dated this November 25, 2019

SMITH LARSEN & WIXOM

*/s/ Christopher L. Benner*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Plaintiff
Deutsche Bank National Trust Company as Trustee for WaMu Mortgage Pass-Through Certificates Series 2005-AR2

**IT IS SO ORDERED:**

________________________________
UNITED STATES DISTRICT COURT JUDGE
Dated: November 26, 2019.

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 · FAX (702) 252-5006